Alpha Red. Inc.                           Myriad Equipment Price(s)

| Sales Invoice Date | Item | Serial Number | Physical Location | Auction Price | Internet Research Price | Assumed Value |
|---|---|---|---|---|---|---|
| 5/16/2007 | DSR1022 | 100074777 | Houston | | $ 750 | $ 750 |
| 7/29/2008 | GLC-SX-MM-3P | MY21025 | Houston | | 125 | 125 |
| 7/29/2008 | GLC-SX-MM-3P | MY21029 | Houston | | 125 | 125 |
| 7/29/2008 | GLC-SX-MM-3P | MY21024 | Houston | | 125 | 125 |
| 7/29/2008 | GLC-SX-MM-3P | MY21027 | Houston | | 125 | 125 |
| 6/4/2008 | GLC-SX-MM-3P | 06924667 | Houston | | 125 | 125 |
| 6/4/2008 | GLC-SX-MM-3P | 06907226 | Houston | | 125 | 125 |
| 6/4/2008 | GLC-SX-MM-3P | 06924040 | Houston | | 125 | 125 |
| 6/4/2008 | GLC-SX-MM-3P | 06907377 | Houston | | 125 | 125 |
| 6/4/2008 | GLC-SX-MM-3P | 06904399 | Houston | | 125 | 125 |
| 6/4/2008 | GLC-SX-MM-3P | 06923801 | Houston | | 125 | 125 |
| 7/3/2017 | GLC-SX-MM-DR | AGS09465E6L | Houston | | 125 | 125 |
| 9/12/2007 | GLC-SX-MM-MS | 01969876 | Houston | | 125 | 125 |
| 9/12/2007 | GLC-SX-MM-MS | 01969875 | Houston | | 125 | 125 |
| 9/12/2007 | GLC-SX-MM-MS | 01969863 | Houston | | 125 | 125 |
| 8/27/2007 | GLC-SX-MM-MS | 01969975 | Houston | | 125 | 125 |
| 8/27/2007 | GLC-SX-MM-MS | 01969974 | Houston | | 125 | 125 |
| 8/27/2007 | GLC-SX-MM-MS | 01969976 | Houston | | 125 | 125 |
| 8/27/2007 | GLC-SX-MM-MS | 01969969 | Houston | | 125 | 125 |
| 8/27/2007 | GLC-SX-MM-MS | 01969971 | Houston | | 125 | 125 |
| 8/27/2007 | GLC-SX-MM-MS | 01969970 | Houston | | 125 | 125 |
| 8/27/2007 | GLC-SX-MM-MS | 01969973 | Houston | | 125 | 125 |
| 7/30/2007 | GLC-SX-MM-MS | 01969888 | Houston | | 125 | 125 |
| 7/30/2007 | GLC-SX-MM-MS | 01969887 | Houston | | 125 | 125 |
| 7/30/2007 | GLC-SX-MM-MS | 01969882 | Houston | | 125 | 125 |
| 7/30/2007 | GLC-SX-MM-MS | 01969881 | Houston | | 125 | 125 |
| 7/30/2007 | GLC-SX-MM-MS | 01969886 | Houston | | 125 | 125 |
| 7/30/2007 | GLC-SX-MM-MS | 01969885 | Houston | | 125 | 125 |
| 7/30/2007 | GLC-SX-MM-MS | 01969883 | Houston | | 125 | 125 |
| 7/30/2007 | GLC-SX-MM-MS | 01969884 | Houston | | 125 | 125 |
| 6/4/2007 | GLC-SX-MM-MS | 01659835 | Houston | | 125 | 125 |
| 6/4/2007 | GLC-SX-MM-MS | 01659833 | Houston | | 125 | 125 |
| 4/23/2007 | GLC-SX-MM-MS | 01660089 | Houston | | 125 | 125 |
| 4/23/2007 | GLC-SX-MM-MS | 01660090 | Houston | | 125 | 125 |
| 4/23/2007 | GLC-SX-MM-MS | 01659903 | Houston | | 125 | 125 |
| 4/23/2007 | GLC-SX-MM-MS | 01660091 | Houston | | 125 | 125 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0801W0E0 | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0801W0E3 | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0801W0L5 | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0801X0GQ | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0801W0MC | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0849W042 | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0849X0SV | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0850X0NE | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0632W1HG | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0629X024 | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0614Y1A3 | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0614Z14J | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0615X0C3 | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0629X274 | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0632W0W8 | Houston | 150 | | 150 |
| 6/4/2008 | WS-C2950G48EIDR | FOC0632W1BX | Houston | 150 | | 150 |
| 3/27/2008 | WS-C2950G48EIDR | FHK0606Y0MA | Houston | 150 | | 150 |
| 3/27/2008 | WS-C2950G48EIDR | FHK0609Y1AE | Houston | 150 | | 150 |
| 3/27/2008 | WS-C2950G48EIDR | FHK0609Z0W6 | Houston | 150 | | 150 |
| 3/27/2008 | WS-C2950G48EIDR | FHK0636Z0V0 | Houston | 150 | | 150 |
| 3/27/2008 | WS-C2950G48EIDR | FHK0639Y2BB | Houston | 150 | | 150 |
| 3/27/2008 | WS-C2950G48EIDR | FHK0606Y0JR | Houston | 150 | | 150 |
| 11/20/2006 | WS-C2950G48EIDR | FHK0714Z15G | Houston | 150 | | 150 |
| 11/20/2006 | WS-C2950G48EIDR | FHK0705W0CR | Houston | 150 | | 150 |
| 11/20/2006 | WS-C2950G48EIDR | FHK0705X0CR | Houston | 150 | | 150 |

EXHIBIT A

Alpha Red. Inc.                    Myriad Equipment Price(s)

| Sales Invoice Date | Item | Serial Number | Physical Location | Auction Price | Internet Research Price | Assumed Value |
|---|---|---|---|---|---|---|
| 11/20/2006 | WS-C2950G48EIDR | FHK0705W0CT | Houston | 150 | | 150 |
| 11/20/2006 | WS-C2950G48EIDR | FHK0705X0D3 | Houston | 150 | | 150 |
| 11/20/2006 | WS-C2950G48EIDR | FHK0705W0CQ | Houston | 150 | | 150 |
| 8/21/2008 | WS-C2960G-24TCL | FOC1224V3ZK | Houston | 1,000 | | 1,000 |
| 8/21/2008 | WS-C2960G-24TCL | FOC1224V3Z6 | Houston | 1,000 | | 1,000 |
| 5/5/2008 | WS-C2960G-24TCL | FOC1149U1D1 | Houston | 1,000 | | 1,000 |
| 5/5/2008 | WS-C2960G-24TCL | FOC1149U1DB | Houston | 1,000 | | 1,000 |
| 5/5/2008 | WS-C2960G-24TCL | FOC1210U387 | Houston | 1,000 | | 1,000 |
| 5/5/2008 | WS-C2960G-24TCL | FOC1210U3AF | Houston | 1,000 | | 1,000 |
| 5/5/2008 | WS-C2960G-24TCL | FOC1210U39U | Houston | 1,000 | | 1,000 |
| 5/5/2008 | WS-C2960G-24TCL | FOC1210U33C | Houston | 1,000 | | 1,000 |
| 5/5/2008 | WS-C2960G-24TCL | FOC1210U38E | Houston | 1,000 | | 1,000 |
| 5/5/2008 | WS-C2960G-24TCL | FOC1210U39F | Houston | 1,000 | | 1,000 |
| 4/2/2008 | WS-C2960G-24TCL | FOC1207W1HB | Houston | 1,000 | | 1,000 |
| 4/2/2008 | WS-C2960G-24TCL | FOC1207W1H9 | Houston | 1,000 | | 1,000 |
| 4/2/2008 | WS-C2960G-24TCL | FOC1207W1HC | Houston | 1,000 | | 1,000 |
| 4/2/2008 | WS-C2960G-24TCL | FOC1208U3DW | Houston | 1,000 | | 1,000 |
| 3/11/2008 | WS-C2960G-24TCL | FOC1205Z1RV | Houston | 1,000 | | 1,000 |
| 3/11/2008 | WS-C2960G-24TCL | FOC1205Z1S3 | Houston | 1,000 | | 1,000 |
| 3/11/2008 | WS-C2960G-24TCL | FOC1205Y0PW | Houston | 1,000 | | 1,000 |
| 9/12/2007 | WS-C2960G-24TCL | FOC1123Z3AW | Houston | 1,000 | | 1,000 |
| 8/27/2007 | WS-C2960G-24TCL | FOC1127Z7NS | Houston | 1,000 | | 1,000 |
| 7/31/2007 | WS-C2960G-24TCL | FOC1107Z4AU | Houston | 1,000 | | 1,000 |
| 3/27/2008 | WS-C2960G-48TCL | FOC1151W0CG | Houston | | 2,000 | 2,000 |
| 3/27/2008 | WS-C2960G-48TCL | FOC1151Z0P1 | Houston | | 2,000 | 2,000 |
| 3/27/2008 | WS-C2960G-48TCL | FOC1151U2R0 | Houston | | 2,000 | 2,000 |
| 3/27/2008 | WS-C2960G-48TCL | FOC1148X7YD | Houston | | 2,000 | 2,000 |
| 3/27/2008 | WS-C2960G-48TCL | FOC1148X7V1 | Houston | | 2,000 | 2,000 |
| 3/27/2008 | WS-C2960G-48TCL | FOC1151U2RC | Houston | | 2,000 | 2,000 |
| 3/27/2008 | WS-C2960G-48TCL | FOC1204U0ZP | Houston | | 2,000 | 2,000 |
| 3/27/2008 | WS-C2960G-48TCL | FOC1204U10E | Houston | | 2,000 | 2,000 |
| 3/27/2008 | WS-C2960G-48TCL | FOC1204U11N | Houston | | 2,000 | 2,000 |
| 3/27/2008 | WS-C2960G-48TCL | FOC1204Z587 | Houston | | 2,000 | 2,000 |
| 1/10/2008 | WSC3524PWRXLEND | CHK0624W0EM | Houston | | 200 | 200 |
| 11/2/2006 | WS-C3560G-48TSE | FOC0935U2Q9 | Houston | 2,600 | | 2,600 |
| 5/5/2008 | WSC6KSLOTFAN2D | SDCH11500761 | Houston | | 100 | 100 |
| 5/5/2008 | WS-CAC4000WUSDR | SON08371F2T | Houston | 325 | | 325 |
| 1/17/2008 | WSF6700DFC3BXLD | SAD092201DA | Houston | 2,000 | | 2,000 |
| 11/20/2007 | WSF6700DFC3BXLD | SAD09110EA1 | Houston | 2,000 | | 2,000 |
| 9/27/2007 | WSF6700DFC3BXLD | SAL1016KHLH | Houston | 2,000 | | 2,000 |
| 7/12/2007 | WSF6700DFC3BXLD | SAD1035030R | Houston | 2,000 | | 2,000 |
| 9/27/2007 | WS-X6704-10GEDR | SAD08190345 | Houston | 4,000 | | 4,000 |
| 7/12/2007 | WS-X6724-SFP-DR | SAD095100KC | Houston | 4,000 | | 4,000 |
| 9/3/2008 | XENPAK-10GBERDR | OPP04250005 | Houston | | 500 | 500 |
| 8/21/2008 | XENPAK-10GBERDR | INT0749004J | Houston | | 500 | 500 |
| 7/28/2008 | XENPAK-10GBERDR | INT0749003Q | Houston | | 500 | 500 |
| 7/29/2008 | XENPAK-10GBERDR | INT0824000Q | Houston | | 500 | 500 |
| 2/28/2008 | XENPAK-10GBERDR | OPP04270109 | Houston | | 500 | 500 |
| 2/19/2008 | XENPAK-10GBERDR | OPP04320151 | Houston | | 500 | 500 |
| 1/21/2008 | XENPAK-10GBERDR | OPP04240051 | Houston | | 500 | 500 |
| 1/21/2008 | XENPAK-10GBERDR | OPP04320004 | Houston | | 500 | 500 |
| 1/21/2008 | XENPAK-10GBERDR | OPP04200043 | Houston | | 500 | 500 |
| 12/18/2007 | XENPAK-10GBERDR | OPP04250062 | Houston | | 500 | 500 |
| 12/18/2007 | XENPAK-10GBERDR | OPP04240011 | Houston | | 500 | 500 |
| 12/18/2007 | XENPAK-10GBERDR | OPP04240040 | Houston | | 500 | 500 |
| 11/20/2007 | XENPAK-10GBERDR | OPP04170164 | Houston | | 500 | 500 |
| 11/20/2007 | XENPAK-10GBERDR | OPP04400011 | Houston | | 500 | 500 |
| 11/20/2007 | XENPAK-10GBERDR | OPP04240018 | Houston | | 500 | 500 |
| 10/10/2007 | XENPAK-10GBERDR | OPP04180006 | Houston | | 500 | 500 |
| 10/10/2007 | XENPAK-10GBERDR | OPP04250123 | Houston | | 500 | 500 |
| 10/10/2007 | XENPAK-10GBERDR | OPP04170234 | Houston | | 500 | 500 |

EXHIBIT A

Alpha Red. Inc.
Myriad Equipment Price(s)

| Sales Invoice Date | Item | Serial Number | Physical Location | Auction Price | Internet Research Price | Assumed Value |
|---|---|---|---|---|---|---|
| 9/27/2007 | XENPAK-10GBLRDR | AGS1113W1HJ | Houston | | 500 | 500 |
| 7/29/2008 | XENPAK-10GBSRDR | IJM0950M0BF | Houston | | 500 | 500 |
| 6/25/2008 | GLC-LH-SM-MS | ML1000025 | Off Location (Bandcon) | | 125 | 125 |
| 6/25/2008 | GLC-LH-SM-MS | ML1000026 | Off Location (Bandcon) | | 125 | 125 |
| 6/25/2008 | GLC-LH-SM-MS | ML1000032 | Off Location (Bandcon) | | 125 | 125 |
| 6/25/2008 | GLC-LH-SM-MS | ML1000033 | Off Location (Bandcon) | | 125 | 125 |
| 6/25/2008 | GLC-LH-SM-MS | ML1000034 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-LH-SM-MS | ML1000072 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-LH-SM-MS | ML1000071 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-LH-SM-MS | ML1000070 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-LH-SM-MS | ML1000069 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-LH-SM-MS | ML1000066 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-LH-SM-MS | ML1000065 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-LH-SM-MS | ML1000064 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-LH-SM-MS | ML1000090 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-SH-MM-MS | MYS0802109 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-SH-MM-MS | MYS0802110 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-SH-MM-MS | MYS0802111 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-SH-MM-MS | MYS0802113 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-SH-MM-MS | MYS0802115 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-SH-MM-MS | MYS0802116 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-SH-MM-MS | MYS0802117 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-SH-MM-MS | MYS0802118 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-SH-MM-MS | MYS0802119 | Off Location (Bandcon) | | 125 | 125 |
| 6/4/2008 | GLC-SH-MM-MS | MYS0802120 | Off Location (Bandcon) | | 125 | 125 |
| 11/20/2007 | WS-6704-10GEDR | SAL09030PEG | Off Location (Bandcon) | 4,000 | | 4,000 |
| 6/25/2008 | WS-CAC4000WUSDR | SNI0920BK6V | Off Location (Bandcon) | 325 | | 325 |
| 2/19/2008 | WS-F6700DFC3BDR | SAL09380YP4 | Off Location (Bandcon) | 2,000 | | 2,000 |
| 11/20/2007 | WSF6700DFC3BXLD | SAD08290DET | Off Location (Bandcon) | 2,000 | | 2,000 |
| 11/20/2007 | WSF6700DFC3BXLD | SAD08290DFC | Off Location (Bandcon) | 2,000 | | 2,000 |
| 6/25/2008 | WS-G5486-MS | MY368030 | Off Location (Bandcon) | | 100 | 100 |
| 6/25/2008 | WS-G5486-MS | MY368025 | Off Location (Bandcon) | | 100 | 100 |
| 6/25/2008 | WS-G5486-MS | MY368020 | Off Location (Bandcon) | | 100 | 100 |
| 2/14/2008 | WS-SUP7203BX3DR | SAL09370FA5 | Off Location (Bandcon) | 4,000 | | 4,000 |
| 10/14/2007 | WS-SUP7203BXLDR | SAD08030414 | Off Location (Bandcon) | 4,000 | | 4,000 |
| 2/19/2008 | WS-X6704-10GEDR | SAL1030WKU6 | Off Location (Bandcon) | 4,000 | | 4,000 |
| 11/20/2007 | WS-X6704-10GEDR | SAD0742062R | Off Location (Bandcon) | 4,000 | | 4,000 |
| 2/28/2008 | XENPAK-10GBERDR | OPP04360105 | Off Location (Bandcon) | | 500 | 500 |
| 2/28/2008 | XENPAK-10GBERDR | OPP04250067 | Off Location (Bandcon) | | 500 | 500 |
| 2/28/2008 | XENPAK-10GBERDR | OPP04270173 | Off Location (Bandcon) | | 500 | 500 |
| 2/28/2008 | XENPAK-10GBERDR | OPP04330205 | Off Location (Bandcon) | | 500 | 500 |
| 2/19/2008 | XENPAK-10GBERDR | OPP04320129 | Off Location (Bandcon) | | 500 | 500 |
| 2/19/2008 | XENPAK-10GBERDR | OPP04170003 | Off Location (Bandcon) | | 500 | 500 |
| 10/14/2007 | XENPAK-10GBERDR | OPP04340069 | Off Location (Bandcon) | | 500 | 500 |
| 11/20/2007 | XENPAK-10GBLRDR | INT0919M00G | Off Location (Bandcon) | | 500 | 500 |
| 11/20/2007 | XENPAK-10GBLRDR | INT0913M05E | Off Location (Bandcon) | | 500 | 500 |
| 11/20/2007 | XENPAK-10GBLRDR | INT0913M027 | Off Location (Bandcon) | | 500 | 500 |
| 9/27/2007 | XENPAK-10GBLRDR | AGS1002EHEH | Off Location (Bandcon) | | 500 | 500 |
| 1/17/2008 | WSF6700DFC3BXLD | SAL1014JDCM | Sent to Puget (being recovered) | 2,000 | | 2,000 |
| 11/20/2007 | WSF6700DFC3BXLD | SAD09110EB7 | Sent to Puget (being recovered) | 2,000 | | 2,000 |
| 10/14/2007 | WSF6700DFC3BXLD | SAD094902Y2 | Sent to Puget (being recovered) | 2,000 | | 2,000 |
| 11/2/2006 | WS-SUP720-3BXL | SAL09306EJ9 | Sent to Puget (being recovered) | 4,000 | | 4,000 |
| 10/14/2007 | WS-X6748-GETXDR | SAL1110JQ0C | Sent to Puget (being recovered) | 5,000 | | 5,000 |
| **TOTAL** | | | | **$  84,450.0** | **$  44,100.0** | **$  128,550.0** |

EXHIBIT A

Alpha Red. Inc.                    Myriad Equipment Price(s)

| Sales Invoice Date | Item | Serial Number | Physical Location | Auction Price | Internet Research Price | Assumed Value |
|---|---|---|---|---|---|---|
| | | | TOTAL - HOUSTON | $ 43,125.0 | $ 35,425.0 | $ 78,550.0 |
| | | | TOTAL - BANDCON | $ 26,325.0 | $ 8,675.0 | $ 35,000.0 |
| | | | TOTAL - PUGET | $ 15,000.0 | $ - | $ 15,000.0 |

**Note:**
**Prices are estimates from Alpha Red's previous auction and online research for used equipment.**
**Prices are subject to change and may not accurately reflect true value received through a new auction.**

EXHIBIT A                         Myriad Equipment Price Estimates