Alpha Red Inc.                                                                                   Line Item Values

| Qty | Item | Value | Ext Value |
|---|---|---|---|
| 1 | DSR1022 | $ 60 | $ 60 |
| 10 | GLC-SX-MM-3P | $ 10 | $ 100 |
| 1 | GLC-SX-MM-DR | $ 30 | $ 30 |
| 34 | GLC-SX-MM-MS | $ 10 | $ 340 |
| 28 | WS-C2950G-48-EI-DR | $ 60 | $ 1,680 |
| 20 | WS-C2960G-24TC-L | $ 595 | $ 11,900 |
| 10 | WS-C2960G-48TC-L | $ 1,500 | $ 15,000 |
| 1 | WS-C3524-PWR-XL-EN-DR | $ 30 | $ 30 |
| 1 | WS-C3560G-48TS-E | $ 1,200 | $ 1,200 |
| 1 | WS-C6K-9SLOT-FAN2 | $ 90 | $ 90 |
| 2 | WS-CAC-4000W-DR | $ 150 | $ 300 |
| 10 | WS-F6700-DFC3BXL | $ 1,500 | $ 15,000 |
| 4 | WS-X6704-10GE-DR | $ 2,400 | $ 9,600 |
| 1 | WS-X6724-SFP | $ 1,540 | $ 1,540 |
| 25 | XENPAK-10GB-ER-DR | $ 120 | $ 3,000 |
| 5 | XENPAK-10GB-LR-DR | $ 240 | $ 1,200 |
| 1 | XENPAK-10GB-SR-DR | $ 180 | $ 180 |
| 13 | GLC-LH-SM-MS | $ 10 | $ 130 |
| 2 | WS-G5486-MS | $ 10 | $ 20 |
| 3 | WS-SUP720-3BXL-DR | $ 5,400 | $ 16,200 |
| 1 | WS-X6748-GE-TX | $ 2,400 | $ 2,400 |
|  | Total |  | $ 80,000 |

Exhibit B