Alpha Red Inc.                Missing Hardware/Equipment

| Original Qty | Current Qty | Missing Qty | Item | Description |
|---|---|---|---|---|
| 2 | | 2 | BON-2GB-Q6600 | 2G QC Server - Ticket 448965 |
| 1 | | 1 | BON-4GB-Q6600 | 4G QC Server - Ticket 448965 |
| 1 | | 1 | BON-8GB-Q6600 | 8G QC Server - Ticket 454363 |
| 4 | | 4 | BON-FILESERVER | 2U File Server - Ticket 448965 |
| 3 | | 3 | BON-SPEC-16 | Alpha Red Spec 16 - TICKET # KIMBLE |
| 2 | | 2 | BON-SPEC-30 | Alpha Red Spec 30 -MCR-126357/MTH-453430 |
| 1 | | 1 | BON-SPEC-31 | Alpha Red Spec 31 - PXT-375356 |
| 5 | | 5 | BON-SPEC-32 | Alpha Red Spec 32 - 2U P4 Systems |
| 5 | | 5 | BON-SPEC-33 | Alpha Red Spec 33 - 2U P4 |
| 7 | | 7 | BON-SPEC-34 | Alpha Red Spec 34 - TICKET # XAB-597486 |
| 8 | | 8 | BON-SPEC-35 | Alpha Red Spec 35 - TICKET # SWF-827428 |
| 1 | | 1 | BON-SPEC-36 | Alpha Red Spec 36 - TICKET # YUQ-261681 |
| 1 | | 1 | BON-SPEC-37 | Alpha Red Spec 37 - TICKET # XAI-708485 |
| 5 | | 5 | BON-SPEC-38 | Alpha Red Spec 38 - 1U P4 DUAL CORE SYST |
| 5 | | 5 | BON-SPEC-39 | Alpha Red Spec 39 - 1U DUAL CORE XEON |
| 5 | | 5 | BON-SPEC-40 | Alpha Red Spec 40 - 1U P4 DUAL CORE SYST |
| 5 | | 5 | BON-SPEC-41 | Alpha Red Spec 41 - 1U P4 DUAL CORE SYST |
| 1 | | 1 | BON-SPEC-42 | Alpha Red Kimball Server - Ticket 19074 |
| 2 | | 2 | BON-SPEC-43 | Alpha Red Spec 43 - Ticket 48970 |
| 1 | | 1 | BON-SPEC-44 | Alpha Red Spec 44 - Ticket 49663 |
| 20 | | 20 | BON-SPEC-48 | Alpha Red Spec 48 - E6320 1GB |
| 10 | | 10 | BON-SPEC-49 | Alpha Red Spec 49 - E6320 2GB |
| 10 | | 10 | BON-SPEC-50 | Alpha Red Spec 50 - E6600 2GB |
| 6 | | 6 | BON-SPEC-52 | Alpha Red Spec 52 - Kimble |
| 2 | | 2 | CAB-7513ACU | AC POWER CORD (UK) |
| 10 | | 10 | CAB-LCLC-MMD-10 | LC to LC Multimode Duplex Cable - 10M |
| 10 | | 10 | CAB-LCLC-MMD-15 | LC to LC Multimode Duplex Cable - 15M |
| 4 | | 4 | CAB-LCLC-MMD-20 | LC to LC Multimode Duplex Cable - 20M |
| 10 | | 10 | CAB-LCLC-MMD-5 | LC to LC Multimode Duplex Cable - 5M |
| 1 | | 1 | CAB-LCSC-MMD-15 | LC to SC Multimode Duplex Cable - 15M |
| 1 | | 1 | CAB-LCSC-MMD-5 | LC to SC Multimode Duplex Cable - 5M |
| 15 | | 15 | CAB-SCSC-MMD-5 | SC to SC Multimode Duplex Cable - 5M |
| 4 | | 4 | CAB-SCSC-SMD-3 | SC to SC Singlemode Duplex Cable - 3M |
| 25 | | 25 | CP-7940G | Cisco IP Phone 7940G Global (New) |
| 4 | 1 | 3 | Avocent DSR1022 | Avocent DSR1022 4-port IP KVM Switch |
| 11 | | 11 | Avocent DSRIQ-PS2 | Avocent DSRIQ-PS2 - Server interface mod |
| 29 | | 29 | GLC-LH-SM (3rd Party) | GE SFP LC connector LX/LH (3rd Pty) |
| 29 | 13 | 16 | GLC-LH-SM (Myriad) | GE SFP LC connector LX/LH (Myriad Brand) |
| 156 | 19 | 137 | GLC-SX-MM (3rd Party) | GE SFP LC connector SX trans. (3rd Pty) |
| 4 | 1 | 3 | GLC-SX-MM | GE SFP, LC connector SX (Dealer RF) |
| 100 | 34 | 66 | GLC-SX-MM (Myriad) | GE SFP LC SX Transceiver (Myriad Brand) |
| 6 | | 6 | GLC-T (3rd party) | 1000Base-T SFP (3rd) |
| 1 | | 1 | MEM-C6KCPTFL512 | MEM-C6K-CPTFL512M Flash (Approved) |
| 17 | | 17 | MEM-XCEF720-1GB | 1GB DDR Memory for Catalyst 6500 |
| 2 | | 2 | 25 Ton Carrier Chill Water Upfl | 25 ton Carrier Chill Water Up Flow unit |
| 1 | | 1 | OSM-2OC48/1DPT-SI | Cisco OSM-2OC48/1DPT-SI (Dealer RF) |
| 1 | | 1 | PIX-525-URBUNDR | PIX-525-UR-BUN (Dealer RF) |
| 46 | 28 | 18 | WS-C2950G-48-EI | WS-C2950G-48-EI - 48 10/100 2GB (Dlr RF) |
| 36 | 20 | 16 | WS-C2960G-24TC-L | WS-C2960G-24TC-L Switch (New) |
| 13 | 10 | 3 | WS-C2960G-48TC-L | WS-C2960G-48TC-L - 48 10/100/1000 (New) |
| 1 | 1 | 0 | WS-C3524-PWR-XL-EN | WS-C3524-PWR-XL-EN (Dealer Refurb) |
| 9 | | 9 | WS-C3550-12G | 10 GBIC + 2-10/100/1000 EMI (Dlr RF) |
| 1 | | 1 | WS-C3550-48-SMI | WS-C3550-48-SMI (Dealer Refurbished) |
| 1 | 1 | 0 | WS-C3560G-48TS-E | WS-C3560G-48TS-E - 48 10/100/1000T (New) |
| 7 | | 7 | WS-C6509 | WS-C6509 Chassis (Dealer RF) |
| 1 | | 1 | WS-C6509-E | CATALYST 6509 CHASSIS 9SLOT 15RU |
| 2 | | 2 | WS-C6509-E-FAN | Catalyst 6509 FAN TRAY for ISBU |
| 7 | 1 | 6 | WS-C6K-9SLOT-FAN2 | Cisco WS-C6K-9SLOT-FAN2 (Dealer RF) |
| 1 | | 1 | WS-C6K-VTT-DR | Catalyst 6000 VTT Module, Spare DR |
| 4 | | 4 | WS-C6X09-RACK | Catalyst 6x09 Rack Mount Kit (Dlr RF) |
| 2 | | 2 | WS-CAC-2500W-DR | Catalyst 6000 2500W AC PSU (Dlr RF) |
| 19 | 2 | 17 | WS-CAC-4000W-US | Cisco WS-CAC-4000W-US (Dealer RF) |
| 2 | | 2 | WS-CAC-6000W-DR | Cat6K 6000W AC Power Supply (Dlr RF) |
| 8 | | 8 | WS-F6700-CFC | Centralized Forwarding Card |
| 24 | 10 | 14 | WS-F6700-DFC3BXL | WS-F6700-DFC3BXL (Dealer RF) |
| 80 | | 80 | WS-G5484 | Cisco Transceiver Module (Dealer RF) |
| 10 | 2 | 8 | WS-G5486 (Myriad Brand) | Cisco Transceiver Module (Myriad Supply) |
| 3 | 3 | 0 | WS-SUP720-3BXL | Catalyst 6500/Cisco 7600 Sup 720 (New) |
| 3 | | 3 | WS-X6408A-GBIC | WS-X6408A-GBIC (Dealer Refurbished) |
| 16 | 4 | 12 | WS-X6704-10GE | Cisco WS-X6704-10GE |
| 3 | 1 | 2 | WS-X6724-SFP | Catalyst 6500 24-port GigE Mod (Dlr RF) |
| 10 | 1 | 9 | WS-X6748-GE-TX | WS-X6748-GE-TX 48 Port GigE (Dlr RF) |
| 84 | | 84 | WS-X6K-5DBATT3P | WS-X6K-5DB-ATT (3rd Party) |
| 94 | 25 | 69 | XENPAK-10GB-ER | XENPAK-10GB-ER 10GBASE-ER (Dealer RF) |
| 18 | 5 | 13 | XENPAK-10GB-LR | XENPAK-10GB-LR - 10G Base-LR (Dealer RF) |
| 1 | | 1 | XENPAK-10GB-LR+ | XENPAK-10GB-LR+ (Dealer Refurb) |
| 9 | 1 | 8 | XENPAK-10GB-SR | XENPAK-10GB-SR 10GBASE-SR |

Exhibit C