# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 08-37782 |
| | § | |
| ALPHA RED, INC., | § | Chapter 7 |
| | § | |
| Debtor. | § | |
| | § | |
| DOUGLAS J. BRICKLEY, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF ALPHA RED, INC., | § § § § | |
| Plaintiff, | § § | |
| vs. | § | ADVERSARY NO. 09-3299 |
| MYRIAD SUPPLY COMPANY, LLC, | § § § | |
| Defendant. | § § | |

### ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY WITH MYRIAD SUPPLY COMPANY, LLC

Came on for consideration Trustee's Motion Pursuant to Bankruptcy Rule 9019 to Compromise Controversy with Myriad Supply Company, LLC (the "Motion"). This Court, after considering the Motion is of the opinion that the Motion is meritorious and should be GRANTED. Therefore, it is

ORDERED that Trustee's settlement agreement with Myriad Supply Company, LLC ("Myriad") is approved by this Court and Trustee is authorized to compromise and settle its controversy with Cogent on the terms and conditions stated in the Motion and any exhibits thereto; it is further

ORDERED that upon receipt of any payment(s) by Myriad, the Trustee is authorized to remit to Okin Adams & Kilmer LLP a fee equal to twenty-five percent (25%) of any such

payment(s) without further approval or order of this Court.

SIGNED and ENTERED on the _____ day of _____, 20____.

_____
The Honorable WESLEY W. STEEN
United States Bankruptcy Judge