IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/07/2010

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-37782 |
| ALPHA RED, INC. | § | (CHAPTER 7) |
| Debtor. | § | |
| | § | |

**ORDER GRANTING TRUSTEE'S MOTION TO AUTHORIZE SALE OF PROPERTY OF THE ESTATE (EQUIPMENT) BY CONSIGNMENT WITH SOMERSET TECHNOLOGY SALES PURSUANT TO 11 U.S.C. § 363(b)**
(RELATES TO DOCKET NO. 222)

CAME ON for consideration, the Trustee's Motion to Authorize Sale of Property of the Estate (Equipment) By Consignment With Somerset Technology Sales Pursuant to 11 U.S.C. § 363(b) (the "Motion") [Doc. No. 222] filed by Douglas J. Brickley, chapter 7 trustee, and after consideration of the Motion and determining that it has merit, and that it was duly served and due notice was provided; it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Trustee shall sell property of the estate including, but not limited to, the items listed on **Exhibit A** attached to the Motion (the "Equipment") free and clear of any and all liens and encumbrances by consignment sale with Somerset Technology Sales; it is further

**ORDERED** that the Consignment Remarketing Agreement with Somerset Technology Sales attached as **Exhibit B** to the Motion is approved; it is further

**ORDERED** that Somerset Technology Sales shall receive as compensation for a sale commission of fifty-percent (50%) of the full sales price (excluding sales tax) as a commission. If STS pays for any collection costs in dealing with the equipment, the costs will be removed from the proceeds prior to the split between STS and the Estate.  STS will provide handling, insurance, storage, inspection and out-bound freight at the time of sale and appraisal of the consigned equipment to the Estate at no cost; it is further

**ORDERED** that Somerset Technology Sales shall hold all gross proceeds from the sale in its' non-interest bearing, trust account and shall remit the net proceeds of the sale (less commission and expenses) no later than thirty (30) days after the sale is conducted; it is further

**ORDERED** that the Trustee is allowed to incur and pay all costs associated with moving property from the Wedge International leased space; and it is further

**ORDERED** that this order authorizing the sale of estate property is not subject to the 14-day stay pursuant to Federal Rule of Bankruptcy Procedure 6004(h) and is effective immediately.

DATED: June 7, 2010

_____
UNITED STATES BANKRUPTCY JUDGE