## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | |
| | § | **Case No. 08-37782** |
| **ALPHA RED, INC.,** | § | |
| | § | **(Chapter 7)** |
| **Debtor.** | § | |

## NOTICE OF ABANDONMENT OR DISPOSITION OF PROPERTY OF THE ESTATE LOCATED AT 1415 LOUISIANA STREET, HOUSTON, TEXAS 77002 <u>PURSUANT TO 11 U.S.C. § 554</u>

**THIS NOTICE MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE ABANDONMENT, YOU MUST FILE AN OBJECTION AND SEND A COPY TO THE PARTY FILING THIS NOTICE. YOU MUST FILE AND SERVE YOUR OBJECTION WITHIN <u>14 DAYS</u> OF THE DATE THIS WAS SERVED ON YOU. YOUR OBJECTION MUST STATE WHY THE ABANDONMENT SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY OBJECTION, THE ABANDONMENT WILL BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

You are hereby notified that Douglas J. Brickley, the duly appointed chapter 7 trustee (the "Trustee") of Alpha Red, Inc. (the "Debtor"), intends to abandon property of the estate not less than fourteen (14) days from the date hereof for the reason that such property is burdensome or is of inconsequential value to the estate, pursuant to 11 U.S.C. § 554(a).

The Debtor hereby abandons, upon the expiration of fourteen (14) days after the filing of this notice, eight (8) pallets, a bookshelf, two (2) table desks, several marker boards, a half-round table, and a metal cabinet that are currently located at 1415 Louisiana Street, Houston, Texas 77002 (the "Property").

The Property consists of items owned by the Debtor that are run-down, chipped or peeling, rusted, broken, or missing parts and thus are of *de minimis* value. Additionally, the

estate is currently paying approximately $2,000 a month to store the Property which is more money than it could recover in any sale. Accordingly, in the Trustee's business judgment, the property is burdensome to the estate and therefore should be abandoned.

This Notice shall serve as the Trustee's Motion for Authority to Abandon.

**Dated:** July 16, 2010.

Respectfully submitted,

**OKIN ADAMS & KILMER LLP**

By: */s/ Sara Mya Keith*
Christopher Adams
Texas Bar No. 24009857
Email: cadams@oakllp.com
Sara Mya Keith
Texas Bar No. 24062938
Email: skeith@oakllp.com
1113 Vine St. Suite 201
Houston, TX 77002
Tel: (713) 228-4100
Fax: (888) 865-2118

**ATTORNEYS FOR THE CHAPTER 7 TRUSTEE**

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing **Notice of Abandonment** was served upon the parties on the attached Service List by facsimile, electronic mail, and/or U.S. mail postage prepaid on this 16th day of July, 2010.

*/s/ Sara Mya Keith*
Sara Mya Keith

2

Label Matrix for local noticing
0541-4
Case 08-37782
Southern District of Texas
Houston
Thu Mar 4 14:56:19 CST 2010

AEL FINANCIAL, LLC, f/k/a AMERICAN ENTERPRIS
600 Buffalo Grove Rd
Suite 202
Buffalo Grove, IL 60089

Alpha Red, Inc.
1415 Louisiana
Suite 2220
Houston, TX 77002-7350

CSC LEASING COMPANY
Weycer, Kaplan, Pulaski & Zuber, PC
c/o Jessica L. Hickford
11 Greenway Plaza, Suite 1400
Houston, TX 77046-1130

Colo4Dallas
4347 W NW Highway
Suite 120-295
Dallas, TX 75220-3864

Dell Financial Services, LLC
c/o Streusand & Landon, LLP
816 Congress Avenue
Suite 1600
Austin, TX 78701-2638

Enterprise Funding Group
4308 Three Mile Rd.
Ste. A
Grand Rapids, MI 49534-1137

Harris County et al
Linebarger Goggan Blair & Sampson LLP
c/o John P. Dillman
PO Box 3064
Houston, Tx 77253-3064

Leaf Funding, Inc.
c/o Blair Bruce
211 Florence
Tomball, tx 77375-6635

Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002-2845

Myriad Supply Company
Law Offices of Jay H. Dushkin
4615 Southwest Freeway
Suite 600
Houston, TX 77027-7142

Okin Adams & Kilmer LLP
1113 Vine St., Suite 201
Houston, TX 77002-1045

TechLease, L.L.C.
c/o HughesWattersAskanase, L.L.P.
Wayne Kitchens
333 Clay
29th Floor
Houston, TX 77002-2571

UCM/GP-1301 Fannin, L.P.
c/o Griffin Partners, Inc.
5151 San Felipe
Suite 1300
Houston, TX 77056-3652

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

1415 Louisiana, Ltd. n/k/a Louisiana, Inc.
c/o Joseph G. Epstein
Winstead PC
600 Travis Street, Suite 1100
Houston, TX 77002-3030

ADP Financial Services Division
13141 Northwest Freeway
Houston, TX 77040-6307

AEL Financial, LLC
P.O. Box 88046
Milwaukee, WI 53288-0001

ASI Incorporated
19850 Business Pkwy
Walnut, CA 91789-2838

Aggreko, LLC
4607 W. Admiral Doyle Way
New Iberia, LA 70560-9134

American Business Machines
7303 W. Sam Houston Pkwy North
Houston, TX 77040-3138

BMW Financial Services
P.O. Box 650700
Hunt Valley, MD 21065-0700

Band Con Inc
151 Kalmus Dr Suite M-Z
Costa Mesa, CA 92626-5988

Bank of the West
P.O.Box 4002
Concord, CA 94524-4002

Blue Cross Blue Shield of TX
901 S. Central Expressway
Richardson, TX 75080-7399

Bruce Collen
Virtual 1 Inc
5418 Osprey Ct
Sanibel, FL 33957-2318

Burnett Staffing Solutions
9800 Richmond Ave
Houston, TX 77042-4561

C&H Rigging Services, Inc.
2227 Clinton Dr.
Galena Park, TX 77547-2720

CDW Corporation
c/o Receivable Management Services
P O Box 5126
Timonium, Maryland 21094-5126

CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723

CIT Technology Financial Services, Inc.
P.O. Box 550599
Jacksonville, FL 32255-0599

CRG One Wilshire
1050 17th Street
Denver, CO 80265-1050

CRG West One Wilshiire, LLC
Aaron Gafni
c/o Greenberg Glusker Fields Clman & Mac
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4502

CSC Leasing Company
6806 Paragon Place
Richmond, VA 23230-1824

Carrier Rental Systems
40 Southbelt Industrial
Houston, TX 77047-7010

Champion Energy Services, L.L.C.
c/o Christy Lewis
13831 NW Frwy, Ste. 500
Houston, TX 77040-5225

Champion Energy Services, LLC
c/o Christy Lewis
Operations Manager
Champion Energy Services
13831 NW Frwy, Ste 500
Houston, Tx 77040-5225

Chase Paymentech
c/o Prince Altee Thomas
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

Christopher Adams
Okin Adams & Kilmer LLP
1113 Vine Street, Suite 201
Houston, TX 77002-1045

Christopher L. Carlson
440 Louisiana, Suite 1900
Houston, TX 77002-1644

Cintas Corporation
c/o Allen D. Russell
815 Walker Ste 250
Houston TX 77002-5764

Cintas Corporation #081
P.O. Box 15126
Houston, TX 77220-5126

Cisco Systems Capital CRP
P.O. Box 41601
Philadelphia, PA 19101-1601

Cogent Communications
1015 31st Street, NW
Washington, DC 20007-4406

Colo4 Dallas, LP
Pat Thompson
3000 Irving Blvd.
Dallas, TX 75247-6213

Comcast
P.O. Box 660618
Dallas, TX 75266-0618

DELL FINANCIAL SERVICES, LLC
Collections/Consumer Bankruptcy
12234B North I-35
Austin, TX  78753-1705
(800) 955-3355, ext. 7249569

DHL Express (USA), Inc.
P.O.Box 840032
Dallas, TX 75284-0032

De Lage Landen Financial Services
1111 Old Eagle School RD
Wayne, PA 19087-1453

Dell Financing Services
One Dell Way
Round Rock, TX 78682-7000

Dell Marketing Services L.P.
P.O. Box 676021
c/o Dell USA, L.P.
Dallas, TX 75267-6021

Douglas Brickley
LECG, LLC
400 Louisiana, Suite 900
Houston, TX 77002

Enterprise Funding
4308 Three Mile Road, NW
Grand Rapids, MI 49534-1137

Fiberlight, LLC
3655 Brookside Parkway
Alpharetta, GA 30022-1429

First Equipment Company
Attn: Susan M. Arnold
4851 Keller Springs Road, Suite 100
Addison, TX 75001-6902

First Federal Leasing
31 North 9th Street
Richmond, IN 47374-3171

Fisk Electric Company
P.O. Box 4417
Houston, TX 77210-4417

Global Capacity Group
730 Post Oak
Houston, TX 77024-3842

Griffin Partners
c/o Charles Kelley
Mayer Brown
700 Louisiana, Suite 3400
Houston, TX 77002-2798

Guardian Life Assurance Company
P.O.Box 26090
Lehigh Valley, PA 18002-6090

HP Financial Services (Compaq Financial Serv
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, Maryland 21094-5126

HP Financial Services Company
420 Mountain Avenue, PO Box 6
Murray Hill, NJ 07974-0006

Harris County, et al
Linebarger Goggan Blair & Sampson LLP
c/o John P. Dillman
P.O. Box 3064
Houston, Texas 77253-3064

Hector Duran
Office of the US Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002-2604

Hurricane Electric LLC
760 Mission Court
Fremont, CA 94539-8204

Internal Revenue Service
Internal Revenue Service Center
Memphis, TN 38101

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

James G. Rytting
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, TX 77006-3905

James R. McCreary, IV
103 S. Seasons Trace
Spring, TX 77382-5907

Key Equipment Finance
11030 Circle Point RD
Westminster, CO 80020-2755

Key Equipment Finance Inc.
1000 S. McCaslin Blvd.
Superior, CO 80027-9456

Kyle L. Dickson
McFatridge, Baker & Schmidt, P.C.
2228 Ship's Mechanic Row, Suite 220
Galveston, TX 77550-1591

LEAF
2005 Market Street
Philadelphia, PA 19103-7042

Lange Mechanical Services, LP
P.O. Box 11
Houston, TX 77001-0011

Leaf Funding, Inc. c/o Blair Bruce
211 Florence
Tomball, Texas 77375-6635

Level (3) Communications
Department 182
Denver, CO 80291-0001

Level 3 Communications, LLC
Attn: Kim Bartlett
1025 Eldorado Blvd
Broomfield, CO 80021-8869

Logix Communications
P.O. Box 3608
Houston, TX 77253-3608

Looking Glass Networks, Inc
c/o Level 3 Communications, LLC
Attn: Kim Bartlett
1025 Eldorado Blvd
Broomfield, CO 80021-8869

Manatt, Phelps & Phillips
11355 West Olympic Blvd
Los Angeles, CA 90064-1631

Matthew Aycock CPA, PC
7500 San Felipe
Houston, TX 77063-1707

Megaupload, Ltd.
c/o Marcy Kurtz
Bracewell & Guiliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002-2849

Munsch Hardt Kopf & Harr, P.C.
Attn:  Ruth Van Meter
700 Louisiana, Suite 4600
Houston, TX 77002-2845

Myriad Supply
Attn: Mark B. Hosny
10 West 18th Street, 8th Floor
New York, NY 10011-4618

NCO PORTFOLIO MANAGEMENT
POB 3001
Malvern, PA 19355-0701

Northwestern Mutual
720 East Wisconsin Avenue
Milwaukee, WI 53202-4703

Office of the Attorney General General of WA
Paula Selis, Senior Counsel
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Ozarka #215
6661 Dixie HWY, suite 4
Louisville, KY 40258-3950

Packet Exchange
c/o Washington Mutual Bank
152000 W. Sunset Blvd.
Pacific Palisades, CA 90272

Parallels Software
13755 Sunrise Valley Drive
Herndon, VA 20171-4664

Pitney Bowes Global Financial Services L
2225 American Way
Neenah, WI 54956-1005

Pitney Bowes Inc
27 Waterview Drive
Shelton, CT 06484-4361

Pitney Bowes Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

Pitney Bowes, Inc.
2225 American Way
Neenah, WI 54956-1005

Popular Equipment Finance
15933 Clayton Road, Ste 200
Bullwin, MO 63011-2172

Premium Financing Specialists
5316 Hwy 290 West, suite 310
Austin, TX 78735-8935

Puget Sound Leasing
P.O. Box 1295
Issaquah, WA 98027-0050

Softmart
450 Acorn Lane
Downingtown, PA 19335-3040

Streusand Landon
Rich Villa
816 Congress Ave., Suite 1600
Austin, TX 78701-2638

Sungard Availability Services LP
680 E. Swedesford RD
Wayne, PA 19087-1605

Switch and Data
1715 N. Westshore Blvd Ste 650
Tampa, FL 33607

Tech Lease LLC
1702 DeVaul Ranch Road
San Luis Obispo, CA 93405-7427

Telecom Italia Sparkle of North America,
745 Fifth Avenue
New York, NY 10151-0099

Telefonica Int'l Wholesale Services S.L
Edificio Oeste 1, planta 2-28050
Madrid, Spain

Toshiba International Corporation
13131 West Little York Road
Houston, TX 77041-5807

UCM/GP-1301 Fannin
P.O. Box 840560
Dallas, TX 75284-0560

US Express Leasing, Inc.
Dept. 1608
Denver, CO 80291-1608

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

United Shipping Solutions
P.O. Box 866
Cypress, TX 77410-0866

United States Trustee's Office
515 Rusk St., Suite 3516
Houston, TX 77002-2604

V.S.N. Produltie B.V.
c/o Jan Joosten
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004-1471

VAR Resources, Inc.
P.O.Box 6434
Carol Stream, IL 60197-6434

Wedge Properties Management Corp.
1415 Louisiana Street
Houston, TX 77002-7360

Wells Fargo Financial Leasing
P.O. Box 6434
Carol Stream, IL 60197-6434

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC F4031-050
Des Moines, IA 50309-3605

Westel Communications
P.O. Box 681215
Houston, TX 77268-1215

Wilshire Connection, LLC
818 West 7th Street
Los Angeles, CA 90017-3407

Wilshire Connection, LLC
c/o Eric Prezant
Bryan Cave LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601-3430

XO Communications, Inc
Attn: Brad Lee
105 Molloy Street Ste 300
Nashville, TN 37201-2315

Christopher Adams
Okin Adams & Kilmer LLP
1113 Vine Street
Suite 201
Houston, TX 77002-1045

Douglas J Brickley
LECG LLC
1221 McKinney
Ste 2850
Houston, TX 77010-2028

Jay H Dushkin
Attorney at Law
4615 SW Fwy
Ste 600
Houston, TX 77027-7142

Paula Sells
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Ruth A. Van Meter
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002-2845

Scott Van Meter
LECG LLC
1 Houston Center
1221 McKinney, Suite 2850
Houston, TX 77010-2028


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)1415 Louisiana, Ltd. n/k/a 1415 Louisiana,

(u)ACL Adjustment Associates Inc.

(u)CRG West One Wilshire LLC


(u)Carrier Rental Systems

(u)Champion Energy Services, LLC

(u)Chase Paymentech


(u)Cintas Corporation

(u)First Equipment Company
c/o Jessica L. Hickford
11 Greenway Plaza, Suite 1400
Houston, Te 77046 United States

(u)Megaupload, Ltd


(u)Wells Fargo Financial Leasing, Inc.

(d)Alpha Red, Inc.
1415 Louisiana, Suite 2220
Houston, TX 77002-7350

(u)Amsterdam Internet Exchange
Westeinde 12
Amsterdam, NL NL-1017


(d)Colo4Dallas
4347 W NW Highway, Suite 120-295
Dallas, TX 75220-3864

(u)Global Switch Amsterdam BV
Johan Huizinglaan 759
Amsterdam, NL VH-1006

End of Label Matrix
Mailable recipients    124
Bypassed recipients     14
Total                  138