**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | |
| | § | **Case No. 08-37782** |
| **ALPHA RED, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**ORDER APPROVING SECOND INTERIM FEE APPLICATION OF
OKIN ADAMS & KILMER LLP, BANKRUPTCY COUNSEL FOR THE
CHAPTER 7 TRUSTEE, FOR THE PERIOD AUGUST 1, 2009 THROUGH
NOVEMBER 30, 2010**

Came on for consideration the Second Interim Fee Application (the "Second Application") of Okin Adams & Kilmer LLP ("OAK"), bankruptcy counsel for the Chapter 7 Trustee seeking allowance and payment of fees and expenses for the period of August 1, 2009 through November 30, 2010 (the "Second Interim Period"). Upon consideration of the Second Application, this Court finds that the amount requested for allowance of attorneys' fees and reimbursement of out-of-pocket expenses by OAK are reasonable and appropriate under the facts and circumstances of this case, the standards set forth in *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977) have been met, and the relief requested in the Second Application should be granted. Therefore, it is

ORDERED that the Second Application is **APPROVED** and allowed; it is further

ORDERED that fees and expenses incurred by OAK during the Second Interim Period shall be allowed in the amount of $48,049.00 for professional services rendered and $4,419.19 for reimbursement of out-of-pocket expenses (in the total amount of $52,468.19) ; and it is further

**ORDERED** that the Trustee shall pay OAK the allowed amount of fees and

expenses totaling $52,468.19.

SIGNED this _____ day of _____, 2010.

_____

UNITED STATES BANKRUPTCY JUDGE