IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 08-37782 |
| ALPHA RED, INC., § | |
| § | Chapter 7 |
| Debtor. § | |

NOTICE OF FILING OF SECOND INTERIM FEE APPLICATION OF
OKIN ADAMS & KILMER LLP, BANKRUPTCY COUNSEL FOR THE CHAPTER 7
TRUSTEE, FOR THE PERIOD AUGUST 1, 2009 THROUGH NOVEMBER 30, 2010

**PLEASE TAKE NOTICE** that on December 20, 2010, Okin Adams & Kilmer LLP ("OAK"), Bankruptcy Counsel for the Chapter 7 Trustee, filed its Second Interim Fee Application for the period August 1, 2009 through November 30, 2010 (the "Application").

The total bankruptcy fees incurred for the period of August 1, 2009 through November 30, 2010 are $48,049.00 and out-of-pocket expenses for that same period are $4,419.19. The total fees and expenses sought by OAK are $52,468.19 for which OAK seeks approval.

The following notice was filed with the Application:

**CAUTION: A HEARING DATE IS SET IN THIS MATTER**

**THIS PLEADING SEEKS A COURT ORDER THAT MAY AFFECT YOU OR YOUR PROPERTY. IF YOU OBJECT TO THE RELIEF REQUESTED, YOU SHOULD CONTACT THE MOVANT TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVANT WITHIN 20 DAYS OF THE DATE THAT YOU WERE SERVED WITH THIS PLEADING. OTHERWISE THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE TO YOU. IF YOU FILE A RESPONSE, YOU MUST STATE IN THE RESPONSE WHY YOU BELIEVE THAT THE MOTION SHOULD NOT BE GRANTED. UNLESS THE COURT GRANTS A DEFAULT ORDER. THE COURT WILL CONDUCT A HEARING ON THIS MATTER ON THE 10TH DAY OF JANUARY, 2011 AT 3:00 P.M. THIS WILL NOT BE AN EVIDENTIARY HEARING UNLESS THE PARTIES AGREE IN**

**ADVANCE TO PRESENT EVIDENCE AND AGREE THAT THE ENTIRE EVIDENTIARY HEARING WILL TAKE LESS THAN 15 MINUTES.**

You may request a copy, in writing or by phone, of the Application from Sara M. Keith, at the address and/or phone number for counsel to the Committee listed below, and such copy will be provided to you.

Respectfully submitted this 20th day of December, 2010:

        **OKIN ADAMS & KILMER LLP**

        By: /s/ *Sara Mya Keith*
        Christopher Adams
        Texas Bar No. 24009857
        Email: cadams@oakllp.com
        Sara Mya Keith
        Texas Bar No. 24062938
        Email: skeith@oakllp.com
        1113 Vine St. Suite 201
        Houston, TX 77002
        Tel: (713) 228-4100
        Fax: (888) 865-2118

        **ATTORNEYS FOR THE CHAPTER 7 TRUSTEE**

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing was served upon the parties on the attached Service List by U.S. Mail on this 20th day of December, 2010.

        */s/ Sara Mya Keith*
        Sara Mya Keith

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALPHA RED, INC. | § | Case No. 08-37782 |
| | § | |
| Debtor. | § | (Chapter 7) |
| | § | |

## SERVICE LIST

**Debtor**
Alpha Red, Inc.
1415 Louisiana, Suite 2220
Houston, Texas 77002

**Chapter 7 Trustee**
Douglas Brickley
LECG, LLC
One Houston Center
1221 McKinney Street, Suite 2850
Houston, Texas 77010

**Chapter 7 Trustee's Attorney**
Christopher Adams
Sara Mya Keith
1113 Vine Street, Suite 201
Houston, Texas 77002

**US Trustee**
Hector Duran
Office of the US Trustee
151 Rusk Street, Suite 3516
Houston, Texas 77002

**Internal Revenue Service**
Internal Revenue Service-Houston
Insolvency Group
1919 Smith Street
STOP 5022 HOU
Houston, Texas 77002

**Secured Lender**
V.S.N. Produktie B.V.
c/o Jan J.H. Joosten, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

**20 Largest Creditors**
Cogent Communications
1015 31st Street, NW
Washington, DC 20007

Internal Revenue Service
Internal Revenue Service Center
Memphis, TN 38101

Level (3) Communications
Department 182
Denver, CO 80291

Telefonica Int'l Wholesale Services S.L.
Edificio Oeste1, planta 2-28050
Madrid Spain

First Equipment Company
4851 Keller Springs Road
Addison, TX 75001

Switch and Data
1715 N. Westshore Blvd.
Tampa, FL 33607

XO Communications
8851 Sandy Parkway
Sandy, UT  84070

Colo4Dallas
4347 W NW Highway, Suite 120-295
Dallas, TX  75220

Toshiba International Corporation
13131 West Little York Road
Houston, TX  77041

Hurricane Electric LLC
760 Mission Court
Fremont, CA  94539

Myriad Supply
Mark B. Hosny
10 West 18th Street
New York, NY 10011

Fiberlight, LLC
3655 Brookside Parkway
Alpharetta, GA  30022

Global Capacity Group
730 Post Oak
Houston, TX  77024

Dell Marketing Services L.P.
P.O. Box 676021
c/o Dell USA, L.P.
Dallas, TX  75267

UCM/GP-1301 Fannin
P.O. Box 840560
Dallas, TX  75284

AEL Financial, LLC
P.O. Box 88046
Milwaukee, WI  53288

Packet Exchange
c/o Washington Mutual Bank
152000 W. Sunset Blvd.
Pacific Palisades, CA  90272

Tech Lease, LLC
1702 DeVaul Ranch Road
San Louis Obispo, CA  93405

Dell Financial Services
One Dell Way
Round Rock, TX  78682

Fisk Electric Company
P.O. Box 4417
Houston, TX   77210

Champion Energy Services, LLC
13831 NW Freeway, Suite 250
Houston, Texas 77040

**Noticed Parties**
Ruth A. Van Meter
Munsch Hardt Kopf & Harr, PC
Bank of America Center
700 Louisiana, 46th Floor
Houston, Texas 77002

Kyle L. Dickson McFatridge, Baker & Schmidt, P.C.
2228 Mechanic, Suite 220
Galveston, TX 77550

MEGAUPLOAD, Ltd.
c/o Marcy E. Kurtz
Chris S. Tillmanns
Bracewell & Guiliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002

Charles S. Kelley
David N. Chang
MAYER BROWN LLP
700 Louisiana St., Suite 3400
Houston, Texas 77002

Deborah S. Ashen
Law Offices of Deborah S. Ashen, Ltd.
217 N. Jefferson Street, Suite 600
Chicago, IL 60661

Paula Selis
Senior Counsel
Attorney General's Office Washington
800 5th Avenue, Suite 2000
Seattle, WA 98104

David Mainard Nuergler
McFatridge Baker et al.
2228 Mechanic #220
Galveston, Texas 77550-1591

Deidre Carey Brown
McGinnis, Lochridge & Kilgore LLP
1221 McKinney Street, Suite 3200
Houston, Texas 77010

Robert C. Scruggs
King, Krebs & Jurgens, PLLC
6363 Woodway, Suite 820
Houston, Texas 77057

Robert J. Burvant
King Krebs & Jurgens, PLLC
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170

Law Offices of Jay Dushkin
4615 Southwest Freeway, Suite 600
Houston, Texas 77027

Munsch Hardt Kopf & Harr, P.C.
Attn: Randall Rios
700 Louisiana, Suite 4600
Houston, Texas 77002

Joseph G. Epstein
Winstead P.C.
1100 JP Morgan Chase Tower
600 Travis
Houston, TX 77002

Jessica L. Hickford
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046

Jeffrey M Hirsch
Schlanger Silver, et. al.
109 N Post Oak Lane, Suite 300
Houston, TX 77024

Wayne Kitchens
Hughes Watters & Askanase LLP
Three Allen Center
333 Clay, 29th Floor
Houston, TX 77002

Sabrina L. Streusand
Richard D. Villa
Streusand & Landon, LLP
816 Congress Avenue, Suite 1600
Austin, TX 78701

Carrier Rental Systems, Inc.
c/o Ed Jutila
One Carrier Place
P.O. Box 4015
Farmington, Connecticut 06034-4015

Allen D. Russell
TAYLOR, TAYLOR & RUSSELL
815 Walker, Suite 250
Houston, Texas 77002

Blair Bruce
Troup & Bruce LLP
211 Florence
Tomball, Texas 77375

Prince Altee Thomas
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

John P. Dillman
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO Box 3064
Houston, Texas 77253

James R. McCreary IV
103 S. Seasons Trace
Spring, Texas  77382