**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Alpha Red, Inc.                                Case No.: 08−37782

## **NOTICE OF TRANSFER UNDER GENERAL ORDER 2011−1**

This case has been transferred from Judge Wesley W Steen to Judge Marvin Isgur as provided in General Order 2011−1. All court settings remain in force.

Date: January 17, 2011

                                                                 David Bradley
                                                                  Clerk of Court