

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
04/27/2011

| | | |
|---|---|---|
| In Re: | § § § | |
| | § | Case No.: 08-37782 |
| **ALPHA RED, INC.,** | § § § § | |
| Debtor | § | CHAPTER 7 |

**ORDER GRANTING MOTION TO WITHDRAW APPLICATION OF THE
CHAPTER 7 TRUSTEE FOR AUTHORITY PURSUANT TO SECTION 327(a)
OF THE BANKRUPTCY CODE TO EMPLOY THE CLARO GROUP, LLC AS
FINANCIAL ADVISOR AND CONSULTANT NUNC PRO TUNC TO
<u>FEBRUARY 16, 2011 WITHOUT PREJUDICE</u>
(Relates to Doc. No. 248)**

Came on for consideration the Motion to Withdraw Application for Authority to Employ and Retain The Claro Group, LLC as financial advisor and consultant to the chapter 7 Trustee *nunc pro tunc* to February 16, 2011 Without Prejudice (the "Motion to Withdraw); with due and adequate notice having been given under the circumstances; and it appearing that the relief requested is in the best interests of the estate, the creditors, and other parties in interest; and good cause having been shown for the relief requested; it is hereby

**ORDERED** that the Motion to Withdraw is GRANTED; it is further

**ORDERED** that the *Application for Authority to Employ and Retain The Claro Group, LLC as financial advisor and consultant to the chapter 7 Trustee nunc pro tunc to February 16, 2011* [Doc. No. 248] is withdrawn without prejudice to the Trustee to re-file same or without prejudice to the Trustee to file an application to employ a different financial advisory firm.

Signed:  April 27, 2011

_____
Marvin Isgur
Chief United States Bankruptcy Judge