**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 08-37782** |
| **ALPHA RED, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor** | § | |

**<u>AFFIDAVIT OF DOUGLAS J. BRICKLEY, TRUSTEE</u>**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Douglas J. Brickley, Trustee, who, being duly sworn, on oath stated:

1.      I am over eighteen years of age, of sound mind, and capable of making this affidavit. I am fully competent to testify to the matters stated herein and I have personal knowledge of each of the matters stated herein.

2.      I am the Trustee of the bankruptcy estate of Alpha Red, Inc.

3.      Myriad Supply Company ("Claimant") filed a claim in this case in the amount of $739,074.83 on September 10, 2010.   Claimant asserts a general unsecured claim for $122,026.07, and a priority claim for $617,048.76.   According to the attachment to the claim, the priority portion is in fact an administrative claim incurred after the Petition Date.

4.      I have reviewed this claim.   As required by Section 503(b) of the Bankruptcy Code, Claimant failed to obtain an order allowing its administrative claim.   Accordingly, I believe that the priority portion of Claimant's claim should be disallowed in full.

_____
DOUGLAS J. BRICKLEY, TRUSTEE

SUBSCRIBED AND SWORN TO before me on the 28 day of January, 2022.

_____
NOTARY PUBLIC, STATE OF TEXAS

NATALIE HOLLON
Notary ID #133512224
My Commission Expires
January 4, 2026