**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 08-37782** |
| **ALPHA RED, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor** | § | |

**ORDER ON TRUSTEE'S OBJECTION TO CLAIM OF
MYRIAD SUPPLY COMPANY (CLAIM 55)**

Came on for consideration the Objection to Claim of Myriad Supply Company (Claim 55) filed by Douglas J. Brickley, the Trustee of the Alpha Red, Inc. (the "Trustee"), and the Court being of the opinion that the Trustee's objection is well founded and should be sustained, it is therefore

ORDERED that the priority portion of the claim filed by Myriad Supply Company in the amount of $617,048.76 (Claim 55) is disallowed in full.

DATED: _____, 2022.

_____
UNITED STATES BANKRUPTCY JUDGE