**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:  Alpha Red, Inc. | § | Case No. 08-37782 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Douglas J. Brickley, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

515 Rusk Street, Houston, TX 77002

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a **telephonic** hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/25/2022           By:  /s/ Douglas J. Brickley
                                              Trustee

Douglas J. Brickley
711 Luisiana St. Suite 2100
Houston, TX  77002

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:   Alpha Red, Inc.                                   § Case No. 08-37782
                                                           §
                                                           §
Debtor(s)                                                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATION FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 849,747.63 |
| *and approved disbursements of* | $ | 651,781.87 |
| *leaving a balance on hand of* [1] | $ | 197,965.76 |
| **Balance on hand:** | $ | 197,965.76 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 4 | WELLS FARGO FINANCIAL LEASING, INC. | 67,329.88 | 0.00 | 0.00 | 0.00 |
| 7 | PUGET SOUND LEASING | 117,260.12 | 0.00 | 0.00 | 0.00 |
| 8 | LEAF FUNDING INC. C/O BLAIR BRUCE | 93,242.52 | 0.00 | 0.00 | 0.00 |
| 9 | BRUCE COLLEN | 15,000.00 | 0.00 | 0.00 | 0.00 |
| 11 | DELL FINANCIAL SERVICES, LLC | 260,000.92 | 0.00 | 0.00 | 0.00 |
| 12 | TECH LEASE LLC | 340,276.00 | 0.00 | 0.00 | 0.00 |
| 13 | POPULAR EQUIPMENT FINANCE | 93,224.76 | 0.00 | 0.00 | 0.00 |
| 21 | LP LANGE MECHANICAL SER | 107,873.75 | 0.00 | 0.00 | 0.00 |
| 22 | FIRST FEDERAL LEASING | 93,098.47 | 0.00 | 0.00 | 0.00 |
| 23 | DE LAGE LANDEN FINANCIAL SERVICES | 8,891.56 | 0.00 | 0.00 | 0.00 |
| 41 | Harris County, et al Linebarger Goggan Blair & Sampson LLP | 1,037.44 | 0.00 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 53 | Internal Revenue Service | 827,340.33 | 0.00 | 0.00 | 0.00 |
| 54 | De Lage Landen Financial Services dba Cisco Systems Capital | 164,180.06 | 0.00 | 0.00 | 0.00 |
| 59 | V.S.N. Produltie B.V. c/o Jan Joosten | 825,000.00 | 60,705.50 | 0.00 | 60,705.50 |

Total to be paid to secured creditors: $ 60,705.50
Remaining balance: $ 137,260.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DOUGLAS BRICKLEY | 45,737.38 | 0.00 | 45,737.38 |
| Attorney for Trustee, Fees - Adams & Kilmer LLP Okin | 173,024.75 | 162,595.08 | 10,429.67 |
| Attorney for Trustee, Expenses - Adams & Kilmer LLP Okin | 9,390.64 | 9,390.64 | 0.00 |
| Accountant for Trustee, Fees - Danny R. Thompson | 6,444.00 | 0.00 | 6,444.00 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |

Total to be paid for chapter 7 administration expenses: $ 62,936.05
Remaining balance: $ 74,324.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee/D-I-P , Expenses - Okin & Adams LLP | 18,458.60 | 0.00 | 18,458.60 |

Total to be paid for prior chapter administration expenses: $ 18,458.60
Remaining balance: $ 55,865.61

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $17,705.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-NFR (10/1/2010)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 42 | SUNGARD AVAILABILITY SERVICES LP | 0.00 | 0.00 | 0.00 |
| 53 | Internal Revenue Service | 17,705.00 | 0.00 | 17,705.00 |
| 55 | Myriad Supply Company c/o: Law Offices of Jay H. Dushkin | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 17,705.00 |
| Remaining balance: | $ 38,160.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,270,290.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.118 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CDW CORPORATION | 30,213.36 | 0.00 | 35.73 |
| 2 | CINTAS CORPORATION | 25,816.94 | 0.00 | 30.53 |
| 3 | PARALLELS SOFTWARE | 14,400.00 | 0.00 | 17.03 |
| 4 | WELLS FARGO FINANCIAL LEASING, INC. | 92,979.36 | 0.00 | 109.95 |
| 5 | WELLS FARGO FINANCIAL LEASING, INC. | 66,876.38 | 0.00 | 79.08 |
| 6 | SWITCH AND DATA | 116,694.54 | 0.00 | 137.99 |
| 10 | XO COMMUNICATIONS, INC | 140,198.08 | 0.00 | 165.79 |
| 14 | SUNGARD AVAILABILITY SERVICES LP | 16,101.00 | 0.00 | 19.04 |
| 15 | SOFTMART | 11,541.59 | 0.00 | 13.65 |
| 16 | DELL FINANCING SERVICES | 49,643.49 | 0.00 | 58.70 |
| 17 | CHASE PAYMENTECH | 0.00 | 0.00 | 0.00 |
| 18 | PITNEY BOWES INC | 2,219.81 | 0.00 | 2.62 |
| 19 | LOOKING GLASS NETWORKS, INC | 8,939.97 | 0.00 | 10.57 |
| 20 | LEVEL 3 COMMUNICATIONS, LLC | 158,908.24 | 0.00 | 187.91 |
| 21 | LP LANGE MECHANICAL SER | 12,722.97 | 0.00 | 15.05 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 23 | DE LAGE LANDEN FINANCIAL SERVICES | 164,030.06 | 0.00 | 193.97 |
| 24 | WILSHIRE CONNECTION, LLC | 6,600.00 | 0.00 | 7.80 |
| 25 | KEY EQUIPMENT FINANCE INC. | 118,987.24 | 0.00 | 140.71 |
| 26 | LOOKING GLASS NETWORKS, INC | 83,439.86 | 0.00 | 98.67 |
| 27 | LEVEL 3 COMMUNICATIONS, LLC | 198,475.76 | 0.00 | 234.70 |
| 28 | TOSHIBA INTERNATIONAL CORPORATION | 72,755.43 | 0.00 | 86.04 |
| 29 | L.L.C. CHAMPION ENERGY SERVICES | 19,867.90 | 0.00 | 23.49 |
| 30 | CRG WEST ONE WILSHIIRE, LLC | 0.00 | 0.00 | 0.00 |
| 31 | FIBERLIGHT, LLC | 34,800.00 | 0.00 | 41.15 |
| 32 | COGENT COMMUNICATIONS | 22,571,093.95 | 0.00 | 26,691.03 |
| 33 | LTD. N/K/A LOUISIAN 1415 LOUISIANA | 123,605.96 | 0.00 | 146.17 |
| 34 | DELL FINANCIAL SERVICES, LLC | 245,000.00 | 0.00 | 289.72 |
| 35 | COLO4 DALLAS LP | 27,961.61 | 0.00 | 33.07 |
| 36 | TELECOM ITALIA SPARKLE OF NORTH AME | 162,866.12 | 0.00 | 192.59 |
| 37 | BAND CON INC | 2,201,305.52 | 0.00 | 2,603.11 |
| 38 | HP FINANCIAL SERVICES (COMPAQ FINAN | 29,124.47 | 0.00 | 34.44 |
| 39 | Office of the Attorney General General of WA Paula Selis, Senior Counsel | 970,000.00 | 0.00 | 1,147.05 |
| 40 | NCO PORTFOLIO MANAGEMENT | 907.81 | 0.00 | 1.07 |
| 42 | SUNGARD AVAILABILITY SERVICES LP | 36,438.33 | 0.00 | 43.09 |
| 43 | Matthew Aycock CPA, PC | 3,380.00 | 0.00 | 4.00 |
| 44 | TECH LEASE LLC | 248,470.50 | 0.00 | 293.82 |
| 45 | CHASE PAYMENTECH c/o Prince Altee Thomas, Esq. | 481,206.20 | 0.00 | 569.04 |
| 46 | Toshiba International Corporation | 72,755.43 | 0.00 | 86.04 |
| 47 | Cintas Corporation c/o Allen D. Russell | 25,816.94 | 0.00 | 30.53 |
| 48 | SOFTMART | 55,842.22 | 0.00 | 66.04 |
| 49 | Aggreko, LLC | 11,591.96 | 0.00 | 13.71 |
| 50 | First Equipment Company Attn: Susan M. Arnold | 1,681,638.00 | 0.00 | 1,988.59 |
| 51 | First Federal Leasing c/o Lois Berry | 56,095.44 | 0.00 | 66.33 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 52 | Office of the Attorney General General of WA Paula Selis, Senior Counsel | 1,060,662.55 | 0.00 | 1,254.27 |
| 54 | De Lage Landen Financial Services dba Cisco Systems Capital | 10,105.25 | 0.00 | 11.95 |
| 55 | Myriad Supply Company c/o: Law Offices of Jay H. Dushkin | 739,074.83 | 0.00 | 873.98 |
| 56 | Munsch Hardt Kopf & Harr, P.C. c/o Randall A. Rios | 0.00 | 0.00 | 0.00 |
| 57 | Douglas J. Brickley | 0.00 | 0.00 | 0.00 |
| 58 | Carrier Rental Systems | 9,135.00 | 0.00 | 10.80 |
| 59 | V.S.N. Produltie B.V. c/o Jan Joosten | 0.00 | 0.00 | 0.00 |
| 60 | 1415 Louisiana, Ltd. n/k/a Louisiana, Inc. c/o Joseph G. Epstein | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 38,160.61
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| NONE |
|------|

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/ Douglas J. Brickley
                              Trustee

Douglas J. Brickley
711 Luisiana St. Suite 2100
Houston, TX  77002

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object* has been served on August 25, 2022 on those parties listed on the attached service list by U.S. First Class mail and/or by electronic service.

*/s/ Timothy L. Wentworth*
_____
Timothy L. Wentworth

Label Matrix for local noticing
0541-4
Case 08-37782
Southern District of Texas
Houston
Fri Dec  3 14:08:00 CST 2021

AEL FINANCIAL, LLC, f/k/a AMERICAN ENTERPRIS
600 Buffalo Grove Rd
Suite 202
Buffalo Grove, IL 60089

Alpha Red, Inc. RTS
1415 Louisiana
Suite 2220
Houston, TX 77002-7360

CSC LEASING COMPANY
Weycer, Kaplan, Pulaski & Zuber, PC
c/o Jessica L. Hickford
11 Greenway Plaza, Suite 1400
Houston, TX 77046-1130

Colo4Dallas
4347 W NW Highway
Suite 120-295
Dallas, TX 75220-3864

Dell Financial Services, LLC
c/o Streusand & Landon, LLP
816 Congress Avenue
Suite 1600
Austin, TX 78701-2638

Enterprise Funding Group
4308 Three Mile Rd.
Ste. A
Grand Rapids, MI 49534-1137

First Equipment Company RTS
c/o Jessica L. Hickford
11 Greenway Plaza, Suite 1400
Houston, Te 77046 United States 77046-1100

Harris County et al
Linebarger Goggan Blair & Sampson LLP
c/o John P. Dillman
PO Box 3064
Houston, Tx 77253-3064

Leaf Funding, Inc.
c/o Blair Bruce
211 Florence
Tomball, tx 77375-6635

Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002-2845

Myriad Supply Company
Law Offices of Jay H. Dushkin
4615 Southwest Freeway
Suite 600
Houston, TX 77027-7142

Okin Adams & Kilmer LLP
1113 Vine St., Suite 201
Houston, TX 77002-1045

TechLease, L.L.C. RTS
c/o HughesWattersAskanase, L.L.P.
Wayne Kitchens
333 Clay
29th Floor
Houston, TX 77002-2571

UCM/GP-1301 Fannin, L.P. RTS
c/o Griffin Partners, Inc.
5151 San Felipe
Suite 1300
Houston, TX 77056-3652

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

1415 Louisiana, Ltd. n/k/a 1415 Louisiana, I RTS
c/o Erik Hedegaard
1415 Louisiana Street, Suite 1100
Houston, Texas 77002-7360

1415 Louisiana, Ltd. n/k/a Louisiana, Inc.
c/o Joseph G. Epstein
Winstead PC
600 Travis Street, Suite 1100
Houston, TX 77002-3030

ADP Financial Services Division RTS
13141 Northwest Freeway
Houston, TX 77040-6307

AEL Financial, LLC RTS
P.O. Box 88046
Milwaukee, WI 53288-8046

ASI Incorporated
19850 Business Pkwy
Walnut, CA 91789-2838

Aggreko, LLC
4607 W. Admiral Doyle Way
New Iberia, LA 70560-9134

American Business Machines
7303 W. Sam Houston Pkwy North
Houston, TX 77040-3138

BMW Financial Services
P.O. Box 650700
Hunt Valley, MD 21065-0700

Band Con Inc RTS
151 Kalmus Dr Suite M-Z
Costa Mesa, CA 92626-5988

Bank of the West
P.O.Box 4002
Concord, CA 94524-4002

Blue Cross Blue Shield of TX RTS
901 S. Central Expressway
Richardson, TX 75080-7302

Bruce Collen RTS
Virtual 1 Inc
5418 Osprey Ct
Sanibel, FL 33957-2318

Burnett Staffing Solutions
9800 Richmond Ave
Houston, TX 77042-4548

C&H Rigging Services, Inc.
2227 Clinton Dr.
Galena Park, TX 77547-2720

| | | |
|---|---|---|
| CDW Corporation<br>c/o Receivable Management Services<br>P O Box 5126 RTS<br>Timonium, Maryland 21094-5126 | CDW Direct, LLC<br>P.O. Box 75723<br>Chicago, IL 60675-5723 | CHASE PAYMENTECH<br>c/o Prince Altee Thomas, Esq.<br>Fox Rothschild LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103-3222 |
| CIT Technology Financial Services, Inc.<br>P.O. Box 550599<br>Jacksonvile, FL 32255-0599 | CRG One Wilshire RTS<br>1050 17th Street<br>Denver, CO 80265-1050 | CRG West One Wilshiire, LLC RTS<br>Aaron Gafni<br>c/o Greenberg Glusker Fields Clman & Mac<br>1900 Avenue of the Stars, Suite 2100<br>Los Angeles, CA 90067-4502 |
| CSC Leasing Company<br>6806 Paragon Place<br>Richmond, VA 23230-1829 | Carrier Rental Systems<br>9655 Industrial Drive<br>Bridgeview, IL 60455-2323 | Champion Energy Services, L.L.C.<br>c/o Christy Lewis RTS<br>13831 NW Frwy, Ste. 500<br>Houston, TX 77040-5225 |
| Champion Energy Services, LLC<br>c/o Christy Lewis RTS<br>Operations Manager<br>Champion Energy Services<br>13831 NW Frwy, Ste 500<br>Houston, Tx 77040-5225 | Chase Paymentech<br>c/o Prince Altee Thomas<br>Fox Rothschild LLP<br>2000 Market Street, 10th Floor<br>Philadelphia, PA 19103-3291 | Christopher Adams<br>Okin Adams & Kilmer LLP<br>1113 Vine Street, Suite 201<br>Houston, TX 77002-1045 |
| Christopher L. Carlson<br>440 Louisiana, Suite 1900 RTS<br>Houston, TX 77002-1644 | Cintas Corporation<br>c/o Allen D. Russell RTS<br>815 Walker Ste 250<br>Houston TX 77002-5764 | Cintas Corporation #081<br>P.O. Box 15126<br>Houston, TX 77220-5126 |
| Cisco Systems Capital CRP<br>P.O. Box 41601 RTS<br>Philadelphia, PA 19101 | Cogent Communications RTS<br>1015 31st Street, NW<br>Washington, DC 20007-4406 | Colo4 Dallas, LP<br>Pat Thompson<br>3000 Irving Blvd.<br>Dallas, TX 75247-6213 |
| Comcast RTS<br>P.O. Box 660618<br>Dallas, TX 75266-0618 | DELL FINANCIAL SERVICES, LLC<br>Collections/Consumer Bankruptcy<br>12234B North I-35 RTS<br>Austin, TX 78753-1705<br>(800) 955-3355, ext. 78753-1744 | DHL Express (USA), Inc.<br>P.O.Box 840032<br>Dallas, TX 75284-0032 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dell Marketing Services L.P.<br>P.O. Box 676021<br>c/o Dell USA, L.P.<br>Dallas, TX 75267-6021 |
| Douglas Brickley<br>LECG, LLC<br>400 Louisiana, Suite 900<br>Houston, TX 77002 | Douglas J. Brickley RTS<br>1 Houston Center<br>1221 McKinney, Suite 2850<br>Houston, Texas 77010-2028 | Enterprise Funding<br>4308 Three Mile Road, NW<br>Grand Rapids, MI 49534-1137 |
| Fiberlight, LLC RTS<br>3655 Brookside Parkway<br>Alpharetta, GA 30022-1466 | First Equipment Company<br>Attn: Susan M. Arnold<br>4851 Keller Springs Road, Suite 100<br>Addison, TX 75001-6902 | First Federal Leasing<br>c/o Lois Berry<br>31 North 9th Street<br>Richmond, IN 47374-3171 |

| | | |
|---|---|---|
| Fisk Electric Company<br>P.O. Box 4417<br>Houston, TX 77210-4417  RTS | Global Capacity Group<br>730 Post Oak<br>Houston, TX 77024-3842  RTS | Griffin Partners<br>c/o Charles Kelley<br>Mayer Brown<br>700 Louisiana, Suite 3400<br>Houston, TX 77002-2798 |
| Guardian Life Assurance Company<br>P.O.Box 26090<br>Lehigh Valley, PA 18002-6090 | HP Financial Services (Compaq Financial Serv<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 5126  RTS<br>Timonium, Maryland 21094-5126 | HP Financial Services Company<br>420 Mountain Avenue, PO Box 6<br>Murray Hill, NJ 07974-0006  RTS |
| Harris County, et al<br>Linebarger Goggan Blair & Sampson LLP<br>c/o John P. Dillman<br>P.O. Box 3064<br>Houston, Texas 77253-3064 | Hector Duran<br>Office of the US Trustee<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002-2604 | Hurricane Electric LLC<br>760 Mission Court<br>Fremont, CA 94539-8204 |
| Internal Revenue Service<br>Internal Revenue Service Center<br>Memphis, TN 38101 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | James G. Rytting<br>Hilder & Associates, P.C.<br>819 Lovett Blvd.<br>Houston, TX 77006-3905 |
| James R. McCreary, IV<br>103 S. Seasons Trace<br>Spring, TX 77382-5907 | Key Equipment Finance<br>11030 Circle Point RD  RTS<br>Westminster, CO 80020-2791 | Key Equipment Finance Inc.<br>1000 S. McCaslin Blvd.<br>Superior, CO 80027-9441 |
| Kyle L. Dickson<br>McFatridge, Baker & Schmidt, P.C.<br>2228 Ship's Mechanic Row, Suite 220<br>Galveston, TX 77550-1591 | LEAF<br>2005 Market Street<br>Philadelphia, PA 19103-7042 | Lange Mechanical Services, LP<br>P.O. Box 11  RTS<br>Houston, TX 77001-0011 |
| Leaf Funding, Inc. c/o Blair Bruce<br>211 Florence<br>Tomball, Texas 77375-6635 | Level (3) Communications<br>Department 182<br>Denver, CO 80291-0001 | Level 3 Communications, LLC<br>Attn: Kim Bartlett<br>1025 Eldorado Blvd<br>Broomfield, CO 80021-8255 |
| Logix Communications<br>P.O. Box 3608<br>Houston, TX 77253-3608 | Looking Glass Networks, Inc<br>c/o Level 3 Communications, LLC<br>Attn: Kim Bartlett<br>1025 Eldorado Blvd<br>Broomfield, CO 80021-8255 | Manatt, Phelps & Phillips<br>11355 West Olympic Blvd<br>Los Angeles, CA 90064-1656 |
| Matthew Aycock CPA, PC<br>7500 San Felipe<br>Houston, TX 77063-1707  RTS | Megaupload, Ltd.<br>c/o Marcy Kurtz<br>Bracewell & Guiliani LLP<br>711 Louisiana, Suite 2300<br>Houston, TX 77002-2849 | Munsch Hardt Kopf & Harr, P.C.<br>Attn:  Ruth Van Meter<br>700 Louisiana, Suite 4600<br>Houston, TX 77002-2845 |
| Munsch Hardt Kopf & Harr, P.C.<br>c/o Randall A. Rios<br>700 Louisiana Street, Suite 4600<br>Houston, Texas 77002-2845 | Myriad Supply  RTS<br>Attn: Mark B. Hosny<br>10 West 18th Street, 8th Floor<br>New York, NY 10011-4618 | Myriad Supply Company<br>c/o: Law Offices of Jay H. Dushkin<br>4615 Southwest Freeway, Suite 600<br>Houston, TX 77027-7142 |

| | | |
|---|---|---|
| NCO PORTFOLIO MANAGEMENT<br>POB 3001<br>Malvern, PA 19355-0701 | Northwestern Mutual<br>720 East Wisconsin Avenue<br>Milwaukee, WI 53202-4703 | Office of the Attorney General General of WA<br>Paula Selis, Senior Counsel<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 |
| Ozarka #215<br>6661 Dixie HWY, suite 4<br>Louisville, KY 40258-3950 | Packet Exchange   RTS<br>c/o Washington Mutual Bank<br>152000 W. Sunset Blvd.<br>Pacific Palisades, CA 90272 | Parallels Software   RTS<br>13755 Sunrise Valley Drive<br>Herndon, VA 20171-4664 |
| Pitney Bowes Global Financial Services L<br>2225 American Way<br>Neenah, WI 54956-1005 | Pitney Bowes Inc<br>27 Waterview Drive<br>Shelton, CT 06484-4361 | Pitney Bowes Purchase Power<br>P.O. Box 856042   RTS<br>Louisville, KY 40285-6042 |
| Pitney Bowes, Inc.<br>2225 American Way<br>Neenah, WI 54956-1005 | Popular Equipment Finance   RTS<br>15933 Clayton Road, Ste 200<br>Bullwin, MO 63011-2172 | (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3836 |
| Puget Sound Leasing   RTS<br>P.O. Box 1295<br>Issaquah, WA 98027-0050 | Softmart   RTS<br>450 Acorn Lane<br>Downingtown, PA 19335-3040 | Streusand Landon<br>Rich Villa<br>816 Congress Ave., Suite 1600<br>Austin, TX 78701-2638 |
| Sungard Availability Services LP<br>680 E. Swedesford RD<br>Wayne, PA 19087-1605 | Switch and Data   RTS<br>1715 N. Westshore Blvd Ste 650<br>Tampa, FL 33607 | Tech Lease LLC<br>1702 DeVaul Ranch Road<br>San Luis Obispo, CA 93405-7427 |
| Telecom Italia Sparkle of North America,<br>745 Fifth Avenue   RTS<br>New York, NY 10151-0099 | Telefonica Int'l Wholesale Services S.L<br>Edificio Oeste 1, planta 2-28050<br>Madrid, Spain | Toshiba International Corporation<br>13131 West Little York Road<br>Houston, TX 77041-5807 |
| UCM/GP-1301 Fannin   RTS<br>P.O. Box 840560<br>Dallas, TX 75284-0560 | US Express Leasing, Inc.<br>Dept. 1608<br>Denver, CO 80291-1608 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| United Shipping Solutions<br>P.O. Box 866   RTS<br>Cypress, TX 77410-0866 | United States Trustee<br>Attn: Hector Duran<br>515 Rusk, Suite 3516<br>Houston, Texas 77002-2604 | United States Trustee's Office<br>515 Rusk St., Suite 3516<br>Houston, TX 77002-2604 |
| V.S.N. Produltie B.V.<br>c/o Jan Joosten<br>Hughes Hubbard & Reed<br>One Battery Park Plaza<br>New York, NY 10004-1482 | VAR Resources, Inc.<br>P.O.Box 6434   RTS<br>Carol Stream, IL 60197-6434 | Wedge Properties Management Corp.<br>1415 Louisiana Street<br>Houston, TX 77002-7360 |

| | | |
|---|---|---|
| Wells Fargo Financial Leasing<br>P.O. Box 6434<br>Carol Stream, IL 60197-6434 RTS | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F4031-050<br>Des Moines, IA 50309-3605 | Westel Communications<br>P.O. Box 681215<br>Houston, TX 77268-1215 RTS |
| Wilshire Connection, LLC<br>818 West 7th Street RTS<br>Los Angeles, CA 90017-3407 | Wilshire Connection, LLC<br>c/o Eric Prezant<br>Bryan Cave LLP<br>161 N. Clark St., Suite 4300<br>Chicago, IL 60601-3430 | XO Communications, Inc<br>Attn: Brad Lee RTS<br>105 Molloy Street Ste 300<br>Nashville, TN 37201-2315 |
| Christopher Adams<br>Okin & Adams LLP<br>1113 Vine St<br>Suite 240<br>Houston, TX 77002-1044 | Douglas J Brickley<br>The Claro Group<br>1221 McKinney Ste 2850<br>Houston, TX 77010-2028 | James Reed McCreary IV<br>103 S. Seasons Trace Circle<br>The Woodlands, TX 77382-5907 |
| Jay H Dushkin<br>Attorney at Law<br>4615 Southwest Freeway<br>Suite 600<br>Houston, TX 77027-7142 | Paula Selis<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | Ruth A. Van Meter<br>Munsch Hardt Kopf & Harr, P.C.<br>700 Louisiana, Suite 4600<br>Houston, TX 77002-2845 |
| Scott Van Meter<br>LECG LLC RTS<br>1 Houston Center<br>1221 McKinney, Suite 2850<br>Houston, TX 77010-2028 | Matthew Aycock CPA<br>1885 St. James Place #1050<br>Houston, TX 77056 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| De Lage Landen Financial Services<br>1111 Old Eagle School RD<br>Wayne, PA 19087 | (d)De Lage Landen Financial Services<br>dba Cisco Systems Capital<br>1111 Old Eagle School RD<br>Wayne, PA 19087 | Dell Financing Services<br>One Dell Way<br>Round Rock, TX 78682 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Premium Financing Specialists<br>5316 Hwy 290 West, suite 310<br>Austin, TX 78735 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)1415 Louisiana, Ltd. n/k/a 1415 Louisiana, | (u)ACL Adjustment Associates Inc. | (u)CRG West One Wilshire LLC |